THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, v. THE UNION INDEMNITY COMPANY OF LOUISIANA, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that no cause of action lies in favor of the plaintiff under section 109 of the Insurance Law █ or upon the

**828**

insurance policy issued pursuant thereto. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.